AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **JAVIER MASCORO** | Case Number: **6:15MJ0085-001** |
| | Defendant's Attorney: Erin Snider, Appointed |

**THE DEFENDANT:**

[✓]   pleaded guilty to count(s)   One ***GUILY PLEA NOT ACCEPTED BY COURT***   of the Complaint.

[ ]   pleaded nolo contendere to count(s) ___ which was accepted by the court.

[ ]   was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 2.35 (b) | Possess a controlled substance | 08/21/2015 | One |

   The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).

[✓]   Count (s)   Two   is dismissed on the motion of the United States.

[ ]   Indictment is to be dismissed by District Court on motion of the United States.

[ ]   Appeal rights given.          [ ]   Appeal rights waived.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**12/1/2015**
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

12/1/2015
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT: **JAVIER MASCORO**  
CASE NUMBER: **6:15MJ0085-001**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to probation for a term of :  
<u>Twelve Months Unsupervised Probation</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant is ordered to obey all federal, state, and local laws.
2. The Defendant shall pay a fine of $990.00 and a special assessment of $ 10.00 for a total financial obligation of $1000., which shall be paid at the rate of 100.00, per month commencing at end of January and each month thereafter by the 15th of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CLERK U.S.D.C.  
   2500 Tulare Street, Rm 1501  
   Fresno, CA 93721

3. The Defendant is ordered to personally appear for a Probation Review Hearing on 10/4/2016 at 10:00 am before U.S. Magistrate Judge Seng.
4. If conditions of probation are met, charge shall be dismissed at conclusion of probation.