1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN SNIDER, Bar #304781
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JAVIER MASCORO
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  Case No. 6:15-mj-00085-MJS
                                   )
12              Plaintiff,         )  MOTION TO VACATE OCTOBER 4, 2016
                                   )  REVIEW HEARING; ORDER
13  vs.                            )
                                   )
14  JAVIER MASCORO,                )
                                   )
15              Defendant.         )
                                   )
16

17      Defendant Javier Mascoro hereby requests that the Court vacate the October 4, 2016

18  review hearing, as Mr. Mascoro is in full compliance with the terms of his probation.

19      On December 1, 2015, the Court sentenced Mr. Mascoro to twelve months of

20  unsupervised probation, with the conditions that he obey all laws, pay a $1,000 fine, and advise

21  the Court and prosecutor within seven days of being cited or arrested for any alleged violation of

22  law.  Mr. Mascoro has complied with all conditions of probation.

23      The government is in agreement with this request.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 12, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JAVIER MASCORO

**O R D E R**

Based on the parties' joint representation that Mr. Mascoro has fully complied with the conditions of his probation, the Court vacates the review hearing scheduled for October 4, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 16, 2016          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE